No. 93–6750. MANN *v.* OKLAHOMA. Ct. Crim. App. Okla.;

No. 93–7505. ALEXANDER *v.* TEXAS. Ct. Crim. App. Tex.;

No. 93–8029. MAREK *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla.;

No. 93–8205. HOOKS *v.* OKLAHOMA. Ct. Crim. App. Okla.;

No. 93–8329. HALLFORD *v.* ALABAMA. Ct. Crim. App. Ala.;

No. 93–8405. CODE *v.* LOUISIANA. Sup. Ct. La.;

No. 93–8550. BEUKE *v.* OHIO. Sup. Ct. Ohio;

No. 93–8585. CHAMBERS *v.* TEXAS. Ct. Crim. App. Tex.;

No. 93–8717. BUELL *v.* OHIO. Sup. Ct. Ohio; and

No. 93–8736. CONKLIN *v.* ZANT, WARDEN. Sup. Ct. Ga. Certiorari denied.

---

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.